# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CORNWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Case No.: 2:11-cv-4254-RBS** |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

      Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders                             /S/ Craig Thor Kimmel

Ross S. Enders, Esquire                   Craig Thor Kimmel, Esquire
Attorney ID No. 89840                     Attorney ID No. 57100
Sessions, Fishman, Nathan & Israel, LLC     Kimmel & Silverman, P.C.
200 Route 31 North, Suite 203             30 E. Butler Pike
Flemington, NJ 08822                  Ambler, PA 19002
Phone: (908) 751-5941                   Phone: (215) 540-8888
Facsimile: (908) 751-5944              Facsimile: (877) 788-2864
Email: renders@sessions-law.biz          Email: kimmel@creditlaw.com
Attorney for the Defendant              Attorney for the Plaintiff

Date: February 9, 2012                   Date: February 9, 2012


BY THE COURT:


_____
                                     J.