## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOUGLAS S. CORNWELL,                    )
                                        )
      Plaintiff,                      )
                                        )
      v.                              )   Case No.: **2:11-cv-4254-RBS**
                                        )
NCO FINANCIAL SYSTEMS, INC.,            )
                                        )
      Defendant                       )

**FILED**

FEB 1 0 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### STIPULATION TO DISMISS

TO THE CLERK:

      Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal

with prejudice without cost to either party.


/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID No. 89840
Sessions, Fishman, Nathan & Israel, LLC
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5941
Facsimile: (908) 751-5944
Email: renders@sessions-law.biz
Attorney for the Defendant

Date: February 9, 2012

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: February 9, 2012


BY THE COURT:

R. BARCLAY SURRICK          J.

2/10/12